# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

*NY AND CALIF. BARS

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe/*
Paul G. Gardephe, U.S.D.J.

Dated: Dec. 30, 2019

December 27, 2019

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshal Courthouse
40 Foley Square
New York, NY 10007

**CONSENT LETTER MOTION**

RE:   <u>United States v. Tonya Thomas (Rose, et al), 19 Cr. 789 (PGG)</u>

Your Honor:

I am writing to request a one-time modification of my client's bail conditions.

My client is currently released on a PRB with two co-signers, and her travel limits include the Southern and Eastern District of New York

My application is that the Court grant permission for her to travel to Wild Creek, Pennsylvania on December 31, 2019, returning to New York on January 1, 2020 (two days and one night) so that she can be with friends on New Year's Eve.

I communicated this request to AUSA Matthew Andrews and he has no objection if Pre-Trial has no objection. I communicated with Pre-Trial Officer Francesca Tessier-Miller who responded to me that she has no objection.

Thus, I request that Ms. Thomas be allowed to travel to Wild Creek, Pennsylvania on December 31, 2019, to return on January 1, 2020, and that all other conditions of her bail bond remain the same.

Thank you.

                                      Sincerely,

                                      */s/ Thomas H. Nooter*
                                      Thomas H. Nooter
                                      Attorney for Defendant

cc:    AUSA Matthew Andrews, by ECF and email
        PTSA Francesca Tessier-Miller, by email