# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER*  
LEE A. GINSBERG  

75 MAIDEN LANE  
SUITE 503  
NEW YORK, N.Y. 10038  

*NY AND CALIF. BARS

October 4, 2021

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: October 7, 2021

Honorable Paul G. Gardephe  
United States District Judge  
Southern District of New York  
Thurgood Marshal Courthouse  
40 Foley Square  
New York, NY 10007  

RE:   United States v. Tonya Thomas (Rose, et al), 19 Cr. 789 (PGG)

Your Honor:

    I am writing to request a one-time modification of my client's bail conditions.

    My client is currently released on a PRB with two co-signers, and her travel limits include the Southern and Eastern District of New York

    My application is that the Court grant permission for her to travel to Washington, DC, on Friday Oct 8, 2021 to Sunday Oct 10, 2021, staying at the Washington Hilton Hotel at 1919 Connecticut Ave., NW, in Washington, DC. She will be attending an Autumn wine and music festival at 13601Glissans Mill Road in Mouth Airy, Maryland.

    She would also like permission to make a second trip the following weekend, to travel to New Jersey on October 16th to 17th, staying at Bally's Hotel located at 1900 Pacific Avenue Atlantic City, NJ.

    I have consulted with AUSA Mathew Andrews and my client's Pre-Trial Officer, Laura Gail, [(646) 864-6852], and neither has any objection to the request.

I thank the Court in advance for Your Honor's consideration of this application.

Sincerely,

 /s/ Thomas H. Nooter
Attorney (co-counsel) for Defendant

cc:   AUSA Mathew Andrews, by ECF
       U.S. Pretrial Services Officer Laura Gail, by email