UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Plaintiff,

    - v. -

TONYA THOMAS,

              Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    A change of plea hearing will be held as to defendant Tonya Thomas on **December 15, 2021 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
         December 9, 2021

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge