# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN                                                                                                  75 MAIDEN LANE
THOMAS H. NOOTER*                                                                                                    SUITE 503
LEE A. GINSBERG                                                                                              NEW YORK, N.Y. 10038

                                                                                                       (212) 608-0808
*NY AND CALIF. BARS                                                                         TELECOPIER (212) 962-9696

March 10, 2022

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: March 11, 2022

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshal Courthouse
40 Foley Square
New York, NY 10007

                                                                     **CONSENT LETTER MOTION**

RE:    <u>United States v. Tonya Thomas (Rose, et al), 19 Cr. 789 (PGG)</u>

Your Honor:

      I am writing to request a one-time modification of my client's bail conditions.

      My client is currently released on a PRB with two co-signers, and her travel limits include the Southern and Eastern District of New York and the District of New Jersey.

      My application is that the Court grant permission for her to travel to Virginia Beach, Virginia for the funeral of her cousin, this Friday, March 11, 2022 through Sunday March 13, 2022, staying at the Holiday Inn Virginia Beach at 5655 Greenwich Road, Virginia Beach, VA 23462. The funeral will be at the Paterson Funeral Home at 5033 Rouse Drive in Virginia Beach.

      I have consulted with AUSA Mathew Andrews and my client's Pre-Trial Officer, Laura Gialanella, [(646) 864-6852], and neither has any objection to the request.

      I thank the Court in advance for Your Honor's consideration of this application.

> Sincerely,
>
> */s/ Thomas H. Nooter*
> Attorney (co-counsel) for Defendant

cc: AUSA Mathew Andrews, by ECF
U.S. Pretrial Services Officer Laura Gialanella , by email