FREEMAN, NOOTER &
ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

*NY AND CALIF. BARS

> **MEMO ENDORSED**:
> The application is granted. The sentencing currently scheduled for April 21, 2022, is adjourned to **May 18, 2022 at 2:30 p.m.** in Courtroom 705 of the U.S. Courthouse, 40 Foley Square, New York, NY.
>
> SO ORDERED.
>
> *Paul G. Gardephe*
> Paul G. Gardephe
> United States District Judge
> Dated: April 8, 2022

April 6, 2022

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshal Courthouse
40 Foley Square
New York, NY 10007

CONSENT LETTER MOTION

RE: <u>United States v. Tonya Thomas (Rose, et al), 19 Cr. 789 (PGG)</u>

Your Honor:

    I am writing to request a three-week postponement of the sentencing hearing date (now scheduled for April 21, 2022), with the parties' sentencing submissions to be rescheduled accordingly (defense two weeks prior to the hearing, and government one week prior).

    The reason for the request is that until recently I have been involved in a multi-week jury trial and because I only received the "final" PSR today.

    I have consulted with AUSA Mathew Andrews and he has no objection to this request.

    I thank the Court in advance for Your Honor's consideration of this application.

Sincerely,

*/s/ Thomas H. Nooter*
Attorney (co-counsel) for Defendant

cc: AUSA Mathew Andrews, by ECF