UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TONYA THOMAS,

                Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Sentencing is scheduled for May 31, 2022, at 11:00 a.m.

    In their sentencing submissions, both sides refer to a "script" that the Defendant and other call center employees used. (Def. Br. (Dkt. No. 860) at 4, 8-9, 12, 14; Govt. Br. (Dkt. No. 867) at 8) By **May 24, 2022**, the Government will submit a copy of the script that was utilized at the call center during the period between 2016 and November 2019.

Dated: New York, New York
       May 23, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge