**FREEMAN, NOOTER & GINSBERG**
ATTORNEYS AT LAW

LOUIS M. FREEMAN  75 MAIDEN LANE
THOMAS H. NOOTER*  SUITE 503
LEE A. GINSBERG  NEW YORK, N.Y. 10038

(212) 608-0808
*NY AND CALIF. BARS  TELECOPIER (212) 962-9696

May 26, 2022

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshal Courthouse
40 Foley Square
New York, NY 10007          CONSENT LETTER MOTION

RE:   United States v. Tonya Thomas (Rose, et al), 19 Cr. 789 (PGG)

Your Honor:

I am writing again to request a two-week postponement of the sentencing hearing date (now scheduled for May 31, 2022), based on the unexpected development that my client has an active case of Covid-19.

I was on the phone with her yesterday, and she sounded very ill. She tested positive on Saturday and has been home sick. While we spoke she was coughing a lot, and definitely still has symptoms. (Note that I, myself, just got over a bout with covid that took 8 days or so -- I tested negative Monday but I also have some lingering symptoms).

Therefore I am seeking a postponement of the sentence by at least 2 weeks so she (and I, for that matter) can be fully back to health before the hearing. I would note that June 6 and 7 and 13 are not good for me (because of medical appointments).

I have consulted with AUSA Louis Pellegrino and he has no objection to this request.

-1-

I thank the Court in advance for Your Honor's consideration of this application.

Sincerely,

*/s/ Thomas H. Nooter*
Attorney (co-counsel) for Defendant

cc:   AUSAs Louis Pellegrino, Mathew Andrews, and Stephanie Simon, by ECF

**MEMO ENDORSED**<
The Defendant's sentencing, currently scheduled for May 13, 2022, is adjourned to **June 8, 2022, at 11:30 a.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: May 26, 2022

-2-